**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| THE UPPER ROOM BIBLE CHURCH, INC. | CASE NO. 16-12757 |

SECTION B

## ORDER

Considering the Stipulation by and Between Entergy Louisiana, LLC. and Debtor in Possession Concerning Adequate Assurance of Payment for Post-Petition Electric Services Pursuant To 11 U.S.C. § 366 ("the Stipulation") entered into by Entergy Louisiana, LLC ("Entergy") and The Upper Room Bible Church, Inc. ("Debtor") in the above Chapter 11 case, and considering the premises, it is hereby ordered that the above stipulation, which is attached hereto as Exhibit "A," is approved and made the Order of this Court.

**IT IS FURTHER ORDERED** that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBR's and file a certificate of service to that effect within three days.

New Orleans, Louisiana, November 22, 2016.

*J. A. Brown*
Hon. Jerry A. Brown
U.S. Bankruptcy Judge

AGREED AS TO FORM AND CONTENT:

| */s/ Paul D. Stewart, Jr.* | */s/ Sean D. Moore* |
|---|---|
| Paul D. Stewart, Jr., La. Bar #24661<br>Attorney for The Upper Room Bible Church, Inc.<br>620 Florida Street, Suite 100<br>Post Office Box 2348<br>Baton Rouge, LA 70821<br>Phone: (225) 231-9998<br>Email: dstewart@stewartrobbins.com | Sean D. Moore, La. Bar #20303<br>Attorney for Entergy Louisiana, LLC<br>639 Loyola Ave., Suite 2600<br>New Orleans, LA 70113<br>Phone: (504) 576-7048<br>Email: smoore6@entergy.com |

4850-6269-0365, v.  1